# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **JOSEPH P. HART,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   5:05-cv-1767-RDP-HGD |
| | ) |
| **RALPH HOOKS,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action, including the Magistrate Judge's Report and Recommendation and Petitioner's objections[1] thereto, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with this recommendation, the petition for writ of habeas corpus is due to be denied and dismissed with prejudice. An appropriate order will be entered.

**DONE** and **ORDERED** this ____20th____ day of December, 2006.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1] On November 28, 2006, Petitioner signed and submitted his objections to the magistrate judge's report and recommendation to prison authorities for mailing. Under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266 (1988), that date becomes the effective date of filing.